IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| PRICELINE.COM INC.; | § | CIVIL ACTION NO. 2:08-CV-45-DF |
| ORBITZ, LLC; | § | |
| WALGREEN CO.; | § | |
| OFFICEMAX INC.; | § | |
| SHUTTERFLY, INC.; | § | |
| SAKS INC.; and | § | |
| CLARK WAMBERG, LLC | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF PARALLEL NETWORKS, LLC'S ANSWER TO
DEFENDANT ORBITZ, LLC'S COUNTERCLAIMS**

Plaintiff Parallel Networks, LLC ("Parallel Networks") files its Answer to Defendant Orbitz, LLC's ("Orbitz") Counterclaims. Parallel Networks denies the allegations in Orbitz's Counterclaims unless expressly admitted in the following paragraphs.

1. Based on Orbitz's admissions in its Answer to Parallel Networks' Complaint, Parallel Networks admits the allegations of paragraph 28.

2. Parallel Networks admits the allegations of paragraph 29.

3. Parallel Networks admits the allegations of the first sentence of paragraph 30, and admits that the Court has jurisdiction over Orbitz's Counterclaims under 28 U.S.C. §§ 1331 and 1338. Parallel Networks denies the remaining allegations of paragraph 30.

4. With respect to the allegations of paragraph 31, Parallel Networks admits that venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400, and that venue is proper

in the Marshall Division.  Parallel Networks denies that venue in the Eastern District of Texas, Marshall Division is inconvenient to Orbitz.

5. Parallel Networks admits the allegations of paragraph 32.

6. Parallel Networks denies the allegations of paragraph 33, and denies that Orbitz is entitled to the relief requested therein.

7. Parallel Networks admits the allegations of paragraph 34.

8. Parallel Networks denies the allegations of paragraph 35, and denies that Orbitz is entitled to the relief requested therein.

9. Parallel Networks admits the allegations of paragraph 36.

10. Parallel Networks denies the allegations of paragraph 37, and denies that Orbitz is entitled to the relief requested therein.

In response to Orbitz's Prayer, Parallel Networks denies that Orbitz is entitled to relief of any kind.

Orbitz's Jury Demand does not require a response from Parallel Networks.

**REQUEST FOR RELIEF**

Therefore, Parallel Networks requests the following relief:

a. that the Court enter a judgment in favor of Parallel Networks on all claims asserted against it by Orbitz;

b. that the Court award Parallel Networks its attorneys' fees and costs of court, together with pre-judgment and post-judgment interest in the maximum amount provided by law; and

c. that the Court award Parallel Networks all other relief to which it may be entitled.

- 3 -

Dated:  May 1, 2008  Respectfully submitted,

   /s/ Ryan Bangert
Larry D. Carlson, Lead Attorney
   Texas State Bar No. 03814500
   E-Mail:  larry.carlson@bakerbotts.com
Kevin Meek
   Texas State Bar No. 13899600
   E-Mail:  kevin.meek@bakerbotts.com
Brian Gaffney
   Texas State Bar No. 24032333
   E-Mail:  brian.gaffney@bakerbotts.com
Ryan Loveless
   Texas State Bar No. 24036997
   E-Mail:  ryan.loveless@bakerbotts.com
Ryan Bangert
   Texas State Bar No. 24045446
   E-Mail:  ryan.bangert@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503


Otis W. Carroll
   Texas State Bar No. 03895700
   E-mail:  otiscarroll@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas  75711
Telephone:  (903) 561-1600
Facsimile:  (903) 581-1071


S. Calvin Capshaw
   Texas State Bar No. 03783900
   E-Mail:  ccapshaw@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas  75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

- 4 -

        Franklin Jones, Jr.
           Texas State Bar No. 00000055
           E-Mail:  maizieh@millerfirm.com
        JONES & JONES, Inc., P.C.
        201 West Houston Street
        P.O. Drawer 1249
        Marshall, Texas  75671-1249
        Telephone:  (903) 938-4395
        Facsimile:  (903) 938-3360


        T. John Ward, Jr.
           State Bar No. 00794818
           E-mail: jw@jwfirm.com
        Law Office of T. John Ward, Jr., P.C.
        P.O. Box 1231
        Longview, Texas 75606-1231
        Telephone (903) 757-6400
        Facsimile (903) 757-2323

        Max L. Tribble, Jr.
           State Bar No. 20213950
           E-mail: mtribble@susmangodfrey.com
        Joseph S. Grinstein
           State Bar No. 24002188
           E-mail: jgrinstein@susmangodfrey.com
        SUSMAN GODFREY LLP
        1000 Louisiana
        Suite 5100
        Houston, Texas 75002-5096
        Telephone (713) 651-9366
        Facsimile (713) 654-6666

        ATTORNEYS FOR PLAINTIFF
        PARALLEL NETWORKS, LLC

- 5 -

## CERTIFICATE OF SERVICE

      I certify that on the 1st day of May, 2008, all counsel of record who have consented to electronic service were served with a copy of this document via the Court's electronic filing system pursuant to Local Rule CV-5(a)(3).

                                                        /s/ Ryan Bangert
                                                        Ryan Bangert