IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| PRICELINE.COM INC.; | § | CIVIL ACTION NO. 2:08-CV-45-DF |
| ORBITZ, LLC; | § | |
| WALGREEN CO.; | § | |
| OFFICEMAX INC.; | § | |
| SHUTTERFLY, INC.; | § | |
| SAKS INC.; and | § | |
| CLARK WAMBERG, LLC | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Recognizing the Stipulation of Dismissal filed by plaintiff Parallel Networks, LLC and defendant Clark & Wamberg, LLC, it is

ORDERED that the claims asserted herein by plaintiff Parallel Networks, LLC against defendant Clark & Wamberg, LLC be, and hereby are, dismissed with prejudice;

ORDERED that the claims asserted herein by defendant Clark & Wamberg, LLC against plaintiff Parallel Networks, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 25th day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE