IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PARALLEL NETWORKS, LLC** § | | |
| § | | |
|   Plaintiff § | | |
| § | | |
| v. § | | **Civil Action No. 2:07-cv-562-DF** |
| § | | |
| **NETFLIX, INC., et al.,** § | | |
| § | | |
|   Defendants § | | |

| | | |
|---|---|---|
| **PARALLEL NETWORKS, LLC** § | | |
| § | | |
|   Plaintiff § | | |
| § | | |
| v. § | | **Civil Action No. 2:08-cv-045-DF** |
| § | | |
| **PRICELINE.COM, INC., et al.,** § | | |
| § | | |
|   Defendants § | | |

## [PROPOSED] ORDER

Before the Court is Defendant Netflix, Inc.'s Unopposed Motion Requesting an Oral Hearing and Defendants Priceline.com, Inc.'s and Orbitz, LLC's Unopposed Motion Requesting an Oral Hearing. The Court is of the opinion that the motions should be GRANTED.

The Court hereby SETS Defendant Netflix, Inc.'s Motion for Permission To File Motion For Summary Judgment Of Non-Infringement, Or In The Alternative, Motion To Stay Pending Reexamination (Dkt. #116), Case No. 2:07-cv-562-DF, and Defendant Priceline.com, Inc.'s and Orbitz, LLC's Motion for Permission To File Motion For Summary Judgment Of Non-Infringement, Or In The Alternative, Motion To Stay Pending Reexamination (Dkt. #103), Case

No. 2:08-cv-045-DF, for oral hearing on **August 25, 2008 at 10:00 A.M**. in **TEXARKANA**.

Each side shall have 15 minutes to argue and respond to each motion.

 IT IS SO ORDERED.

**SIGNED this 8th day of August, 2008.**

             _____
             DAVID FOLSOM
             UNITED STATES DISTRICT JUDGE