# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> PRICELINE.COM, INC., et al. § <br> § <br> Defendants § | Civil Action No. 2:08-cv-045-DF |

## ORDER GRANTING PRICELINE AND ORBITZ'S UNOPPOSED MOTION TO WITHDRAW THEIR MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

The Court has considered Priceline.com, Inc. ("Priceline") and Orbitz, Inc.'s ("Orbitz") Motion to Withdraw Their Motion and Letter Brief for Permission to File Motion for Summary Judgment of Non-Infringement and is of the opinion that it should be **GRANTED**. Accordingly, Priceline and Orbitz's Motion and Letter Brief for Permission to File Motion for Summary Judgment is withdrawn *without prejudice* to its re-filing.

**SIGNED this 9th day of September, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE