IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PARALLEL NETWORKS, LLC** § <br> § <br> **Plaintiff** § <br> § <br> § <br> § <br> § <br> v. § <br> § <br> **PRICELINE.COM INC.; ORBITZ, LLC;** § <br> **WALGREEN CO.; OFFICEMAX, INC.** § <br> **SHUTTERFLY, INC.; SAKS INC.; AND** § <br> **CLARK WAMBERG, LLC** § <br> § <br> **Defendants.** § | CIVIL ACTION NO. 2:08-cv-45 |

## [Proposed] ORDER ON UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

This Court, having considered the parties' Unopposed Motion to Amend Docket Control Order, hereby GRANTS the following:

The Docket Control Order is amended as follows:

| 6 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L.R. 3-3 | 10/31/2008 |
|---|---|---|---|
| 7 | Accused Infringer makes Document Production Pursuant to Patent L.R. 3-4(b) | Patent L.R. 3-4(b) | 10/31/2008 |

**SIGNED this 29th day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE