# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:07-cv-562-DF |
| NETFLIX, INC., et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

| | |
|---|---|
| PARALLEL NETWORKS, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:08-cv-45-DF |
| PRICELINE.COM, INC., et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED
### MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court is Defendants SkyMall, Inc., John Wiley & Sons, Inc., The Finish Line, Inc., Netflix, Inc., E*TRADE Financial Corporation (Case No. 2:07-cv-562); and Priceline.com, Inc., Orbitz, LLC, Walgreen Co., OfficeMax, Inc., and Saks Inc. (Case No. 2:08-cv-45) (collectively, "Defendants") Unopposed Motion for Leave to Supplement Invalidity Contentions ("Motion"). After reviewing the Motion and the fact that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is:

**ORDERED** that Defendants are granted leave to amend or supplement their Invalidity Contentions with the Supplemental Prior Art as set forth in the Motion by July 31, 2009.

**SIGNED this 3rd day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE