# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PARALLEL NETWORKS, LLC,** | § | **CIVIL ACTION NO. 2:07-CV-0562-DF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NETFLIX, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| _____ | § | |
| | § | |
| **PARALLEL NETWORKS, LLC,** | § | **CIVIL ACTION NO. 2:08-CV-0045-DF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PRICELINE.COM INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

# ORDER GRANTING
# DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
# TO EXCEED PAGE LIMITS FOR
# DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
# AMENDED INFRINGEMENT CONTENTIONS
# FOR FAILURE TO COMPLY WITH PR 3-1 AND 3-6

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limits for Defendants' Motion to Strike Plaintiff's Amended Infringement Contentions for Failure to Comply with PR 3-1 and 3-6. After careful consideration, the Court concludes that the Motion should be granted. It is therefore

ORDERED that Defendants' Unopposed Motion for Leave to Exceed Page Limits for Defendants' Motion to Strike Plaintiff's Amended Infringement Contentions for Failure to Comply

with PR 3-1 and 3-6 is GRANTED.   Defendants' Motion to Strike Plaintiff's Amended

Infringement Contentions for Failure to Comply with PR 3-1 and 3-6 may contain up to 20 pages,

excluding attachments.

**SIGNED this 12th day of November, 2009.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE